**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Tomas HEREDIO–MERCADO, Defendant–Appellant.**

No. 00–30294.

D.C. No. CR–00–02009–EFS.

United States Court of Appeals, Ninth Circuit.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Submitted May 14, 2001.[1]

Decided June 1, 2001.

Before PREGERSON, FERNANDEZ, and WARDLAW, Circuit Judges.

MEMORANDUM[2]

Tomas Heredia–Mercado appeals the 37–month sentence imposed following his guilty plea to being an alien found in the United States after deportation, in violation of 8 U.S.C. § 1326. Heredio–Mercado contends that in light of *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), the district court improperly imposed a sentence in excess of the two-year maximum set forth in 8 U.S.C. § 1326(a) based on a prior aggravated felony that was neither pled in the indictment nor established through the guilty plea. This argument is foreclosed by *United States v. Pacheco–Zepeda,* 234 F.3d 411 (9th Cir.2000), *cert. denied* — U.S. ——, 121 S.Ct. 1503, — L.Ed.2d —— (2001).

AFFIRMED.

---

1. The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

2. This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.

